USCA1 Opinion

 

 February 18, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2171 ROBERT J. GALLAGHER, Plaintiff, Appellant, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ____________________ Before Breyer, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Robert J. Gallagher on brief pro se. ___________________ ____________________ ____________________ Per Curiam. Appellant has no federal ____________ constitutional right to appellate review of a state lower court decision. McKane v. Durston, 153 U.S. 684, 687 (1894). ______ _______ Regardless whether or not the New Hampshire Supreme Court chooses to review a state court ruling, lower federal courts lack jurisdiction to review state court decisions. The dismissal of appellant's action is affirmed for the reasons stated in the magistrate's August 17, 1993 report. Affirmed. ________